**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7007**

———————

ABRAS SANDY Q. MORRISON,

Petitioner - Appellant,

versus

PATRICK CONROY; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
00-1428-PJM)

———————

Submitted:  November 29, 2001       Decided:  December 5, 2001

———————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Abras Sandy Q. Morrison, Appellant Pro Se.  John Joseph Curran,
Jr., Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Abras Sandy Q. Morrison seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Morrison v. Conroy, No. CA-00-1428-PJM (D. Md. May 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2